**BRYNER**

v.

**CLEARFIELD CITY**

20170574

Supreme Court of Utah.

09-20-2017

20161089

Petition for Writ of Certiorari Denied.

**BURR**

v.

**KOOSHAREM IRRIGATION COMPANY**

20170670

Supreme Court of Utah.

10/14/2017

20160324, 402 P.3d 124

Petition for Writ of Certiorari Denied.

**DAVIS**

v.

**BROWN**

20170640

Supreme Court of Utah.

10/14/2017

20170461

Petition for Writ of Certiorari Denied.

**STATE**

v.

**FAHINA**

20170589

Supreme Court of Utah.

09/20/2017

20151000, 400 P.3d 1177

Petition for Writ of Certiorari Denied.